HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOHN ANGEL SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN ANGEL SANCHEZ,<br>Defendant. | Case No. 1:26-cr-00038-KES-EPG<br>**STIPULATION TO SET BRIEFING SCHEDULE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for John Angel Sanchez, that the Court may set a briefing schedule related to the motion to suppress filed October 28, 2026. ECF Dckt. # 14. The parties agree and request the Court order the following briefing schedule and reset the motion hearing on this matter:

- Government's opposition due November 18th
- Defense's reply due December 10th
- Motion hearing to be set on January 19, 2027, at 11:00 a.m.

The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases: the period of delay

resulting from the filing of the motion to suppress, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 29, 2026

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JOHN ANGEL SANCHEZ

ERIC GRANT
United States Attorney

Date: October 29, 2026

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.** A briefing schedule on the defense motion is hereby set in accordance with the above. The government opposition is to be filed on or before November 18, 2026. Any defense reply is to be filed on or before December 10, 2026. A hearing on the motion to suppress will be set on January 19, 2026 at 11:00 a.m. before District Judge Kirk E. Sherriff. For the reasons set forth in the parties' stipulation, the time period of October 29, 2026, to January 19, 2027, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

IT IS SO ORDERED.

Dated: **October 29, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE